**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| XR COMMUNICATIONS, LLC dba VIVATO TECHNOLOGIES, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:25-CV-00979-JRG-RSP |
| NOKIA OF AMERICA CORPORATION, | § | |
| *Defendant*. | § | |

**ORDER**

Defendant Nokia of America Corporation previously filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. No. 16.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 41) recommending denial of the Motion. Nokia has now filed Objections. (Dkt. No. 42.)

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and Nokia's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Nokia's Objections, **ADOPTS** the Report and Recommendation, and orders that Nokia's Motion to Dismiss (Dkt. No. 16) is **DENIED**.

**So ORDERED and SIGNED this 29th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE